[No. 21327-7-III. Division Three. August 19, 2003.]

*In the Matter of the Parentage of* MADISON ANNE BOON.

JONATHAN R. BOON, *Respondent*, v. MICHELLE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 01-5-00033-9, John Hotchkiss, J., entered July 9, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 27328-4-II. Division Two. August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RAY HUBBARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01448-0, Leonard W. Costello, J., entered May 21, 2001. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 28114-7-II. Division Two. August 19, 2003.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. JOSEPH H. WALKENHAUER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-00859-3, Richard A. Strophy, J., entered December 10, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 28256-9-II. Division Two. August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA MARIE ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00832-3, Roger A. Bennett, J., entered January 15, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.